# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NATHAN WARREN**                                                                  **PLAINTIFF**
**ADC #12400**

**V.**                       **CASE NO. 3:09CV00207 JMM/BD**

**DAN LANGSTON,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims are DENIED without prejudice and his motion for leave to proceed *in forma pauperis* (docket entry #1) is DENIED as moot.

IT IS SO ORDERED, this 15th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE