IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NATHAN WARREN**                                                                          **PLAINTIFF**
**ADC #12400**

**V.**                  **CASE NO. 3:09CV00207 JMM/BD**

**DAN LANGSTON,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 15th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE